**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 96-11398
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

LONNIE OLIVER, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Texas
(3:96-CR-203-1-D)
_____

October 10, 1997

Before REYNALDO G. GARZA, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]


We have reviewed the briefs and pertinent portions of the record and have heard the arguments of counsel. We conclude that there is no error. There was no breach of the plea agreement, nor did the district court err in relying on the amount of loss set forth in the presentence investigation report.

The judgment of sentence, accordingly, is AFFIRMED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.